MICHAEL SCHLOSS, Senior Trial Attorney
Calif. State Bar No. 134124
Office of the Solicitor
Plan Benefits Security Division
United States Department of Labor
Post Office Box No. 1914
Washington, D.C. 20013
Telephone: (202) 693-5586
Facsimile:  (202) 693-5610

Attorney for the Plaintiff
ELAINE L. CHAO, SECRETARY OF LABOR
UNITED STATES DEPARTMENT OF LABOR

THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HON. CHARLES B. RENFREW (RET.), in his Capacity as Trustee of the Toms Sierra Company, Inc. Employee Stock Ownership Plan and Trust, and DON SWEET, CLAUDETTE HORVATH, and DAVID WATSON, on behalf of themselves, and other persons similarly situated,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>ROY TOMS, et al.,<br><br>　　　　　Defendants.<br><br>ELAINE L. CHAO, Secretary of the United States Department of Labor,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>WELLS FARGO BANK, N.A., <u>et</u> <u>al.</u>,<br><br>　　　　　Defendants<br>AND RELATED CLAIMS | **Case No.: CIV. S-99-1941 LKK/PAN**<br>**Class Action**<br><br>**(Consolidated for all purposes with Case No.:  CIV. S-01-2211 LKK/PAN)**<br><br><br>**ORDER DIRECTING THE CLERK TO DISBURSE FUNDS TO THE UNITED STATES DEPARTMENT OF LABOR - CIVIL PENALTY COLLECTION AND TO THE ESOP TRUSTEE** |

On August 5, 2003, this Court approved the Settlement Agreement and Consent Decree ("Consent Decree") between the Secretary of Labor and Defendants Nicholas Toms, Kimberley Toms, Roy Toms (deceased), Doris Toms, Nicola Macklin, Ken Macklin, Seajay (Toms) Liebscher, Brandon Bean and Christopher Bean (collectively the "Toms Family Defendants").

Pursuant to the Consent Decree, the Toms Family Defendants agreed, among other things, to convey to the Clerk of the Court the sum of one hundred thirty-three thousand three hundred thirty-three dollars and thirty-three cents ($133,333.33) as required to be assessed pursuant to ERISA § 502(l), 29 U.S.C. § 1132(l) ("Section 502(l) Payment").  Consent Decree, ¶ 5.b.

The Consent Decree further provided that the Section 502(l) Payment would be placed by the Clerk of the Court into the registry of the Court pursuant to an Order of the Court under Fed. R. Civ. P. 67 and Local Rule 67-150 pending the outcome of the Toms Family Defendants' application to the Secretary of Labor for a waiver or reduction of the Section 502(l) Payment pursuant to ERISA § 502(l)(3), 29 U.S.C. § 1132(l)(3), and regulations promulgated thereunder. Id.

On February 13, 2004, one Hundred Thirty-Three Thousand Three Hundred Thirty-Three Dollars and Thirty-Three Cents ($133,333.33) was deposited with the Clerk of the Court in account number 3753266460, a money market - interest bearing account, in Case No. 2:99-CV-1941; Hon Renfrew v Toms, et al. (Court 120800).

Pursuant to the Consent Decree, if the Secretary determined that the Section 502(l) penalty should not be waived or reduced, the Clerk of the Court would convey to the Secretary an amount equal to one hundred thirty-three thousand three hundred thirty-three dollars and thirty-three cents ($133,333.33) and any amount of money remaining in the account attributable to the Toms Family Defendants' initial deposit, would be conveyed by certified check or wire transfer, to the Trustee of the Toms Sierra Company, Inc. Employee Stock Ownership Plan

1  ("ESOP") for the benefit of the Toms Sierra Company, Inc. Employee Stock Ownership Trust
2  ("ESOT").  Consent Decree, ¶ 8.b.
3        On March 22, 2005, the Director of the Office of Exemption Determinations, Employee
4  Benefits Security Administration, Department of Labor, issued a letter to the Toms Family
5  Defendants providing the Department's final determination not to grant the Toms Family
6  Defendants' petition for waiver or reduction of the assessed civil penalty.
7        On June 18, 2001, the Hon Charles B. Renfrew (Ret.) was appointed as Trustee for the
8  ESOP ("Trustee Renfrew").  On August 1, 2002, Alan Biller was engaged as a co-Trustee by
9  Trustee Renfrew to handle the actual administration of the ESOP.  Pursuant to an order of the
10 Court following the September 5, 2002, Alan Biller was thereafter appointed as co-Trustee by
11 the Toms Sierra Company, Inc.  On March 24, 2005, the Court issued an order relieving Trustee
12 Renfrew of his appointment as co-Trustee of the ESOP and ordering that Mr. Biller would
13 remain as Trustee to oversee the final distributions and any remaining administrative duties
14 associated with the ESOP.
15       THEREFORE, IT IS ORDERED that pursuant to Fed. R. Civ. P. 67 and Local Rule 67-
16 150(g) the Court directs the Clerk to disburse the funds deposited by the Toms Family
17 Defendants in the registry, in account number 3753266460, as follows:
18       a.    By check made out to the "United States Department of Labor" in the amount of
19           one hundred thirty-three thousand three hundred thirty-three dollars and thirty-
20           three cents ($133,333.33)  and sent by United States Postal Service, First-Class
21           delivery to:

                United States Department of Labor,
22                 Civil Penalty Collection
23                 P.O. Box 100240
24                 Atlanta, Georgia 30384-0240

25       b.    By certified check made out to the "Toms Sierra Company, Inc. Employee Stock
26           Ownership Trust", EIN: 94-1498203, all remaining amounts in the Registry (after

**[Proposed] Order for Disbursement of Registry Funds**
**[CIV -S-01-2211 LKK PAN]**

- 3 -

deducting any administrative fee from accumulated interested) and sent by United States Postal Service, First-Class delivery to:

>Alan D. Biller, Trustee
>Alan D. Biller & Associates, Inc.
>333 Town & Country Village
>Palo Alto, CA 94301

SO ORDERED this 27th day of May, 2005.

/s/Lawrence K. Karlton
Hon. Lawrence K. Karlton
United States District Judge