1  MICHAEL SCHLOSS, Senior Trial Attorney
   Calif. State Bar No. 134124
2  Office of the Solicitor
   Plan Benefits Security Division
3  United States Department of Labor
   Post Office Box No. 1914
4  Washington, D.C. 20013
   Telephone: (202) 693-5586
5  Facsimile:  (202) 693-5610

**FILED**

JUN - 1 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
              DEPUTY CLERK

6  Attorney for the Plaintiff
   ELAINE L. CHAO, SECRETARY OF LABOR
7  UNITED STATES DEPARTMENT OF LABOR

8
                THE UNITED STATES DISTRICT COURT FOR THE
9                      EASTERN DISTRICT OF CALIFORNIA

10

11 | THE HON. CHARLES B. RENFREW (RET.), in | Case No.: CIV. S-99-1941 LKK/PAN
12 | his Capacity as Trustee of the Toms Sierra | Class Action
   | Company, Inc. Employee Stock Ownership Plan |
13 | and Trust, and DON SWEET, CLAUDETTE | (Consolidated for all purposes with
   | HORVATH, and DAVID WATSON, on behalf of | Case No.:  CIV. S-01-2211 LKK/PAN)
14 | themselves, and other persons similarly situated,

15              Plaintiffs,
       v.                                  ORDER DIRECTING THE CLERK
16                                         TO DISBURSE FUNDS TO THE
   ROY TOMS, et al.,                       UNITED STATES DEPARTMENT OF
17                                         LABOR - CIVIL PENALTY
                Defendants.                COLLECTION AND TO THE ESOP
18                                         TRUSTEE
   ELAINE L. CHAO, Secretary of the United States
19 Department of Labor,

20              Plaintiff,

21     v.

22 WELLS FARGO BANK, N.A., et al.,

23              Defendants
   AND RELATED CLAIMS
24

25

26

27
                                    [Proposed] Order for Disbursement of Registry Funds
28                                                    [CIV -S-01-2211 LKK PAN]

                                     - 1 -

1  On August 5, 2003, this Court approved the Settlement Agreement and Consent Decree ("Consent Decree") between the Secretary of Labor and Defendants Nicholas Toms, Kimberley Toms, Roy Toms (deceased), Doris Toms, Nicola Macklin, Ken Macklin, Seajay (Toms) Liebscher, Brandon Bean and Christopher Bean (collectively the "Toms Family Defendants").

Pursuant to the Consent Decree, the Toms Family Defendants agreed, among other things, to convey to the Clerk of the Court the sum of one hundred thirty-three thousand three hundred thirty-three dollars and thirty-three cents ($133,333.33) as required to be assessed pursuant to ERISA § 502(l), 29 U.S.C. § 1132(l) ("Section 502(l) Payment"). Consent Decree, ¶ 5.b.

The Consent Decree further provided that the Section 502(l) Payment would be placed by the Clerk of the Court into the registry of the Court pursuant to an Order of the Court under Fed. R. Civ. P. 67 and Local Rule 67-150 pending the outcome of the Toms Family Defendants' application to the Secretary of Labor for a waiver or reduction of the Section 502(l) Payment pursuant to ERISA § 502(l)(3), 29 U.S.C. § 1132(l)(3), and regulations promulgated thereunder. Id.

On February 13, 2004, one Hundred Thirty-Three Thousand Three Hundred Thirty-Three Dollars and Thirty-Three Cents ($133,333.33) was deposited with the Clerk of the Court in account number 3753266460, a money market - interest bearing account, in Case No. 2:99-CV-1941; Hon Renfrew v Toms, et al. (Court 120800).

Pursuant to the Consent Decree, if the Secretary determined that the Section 502(l) penalty should not be waived or reduced, the Clerk of the Court would convey to the Secretary an amount equal to one hundred thirty-three thousand three hundred thirty-three dollars and thirty-three cents ($133,333.33) and any amount of money remaining in the account attributable to the Toms Family Defendants' initial deposit, would be conveyed by certified check or wire transfer, to the Trustee of the Toms Sierra Company, Inc. Employee Stock Ownership Plan

[Proposed] Order for Disbursement of Registry Funds
[CIV-S-01-2211 LKK PAN]

-2-

1  ("ESOP") for the benefit of the Toms Sierra Company, Inc. Employee Stock Ownership Trust
2  ("ESOT"). Consent Decree, ¶ 8.b.
3      On March 22, 2005, the Director of the Office of Exemption Determinations, Employee
4  Benefits Security Administration, Department of Labor, issued a letter to the Toms Family
5  Defendants providing the Department's final determination not to grant the Toms Family
6  Defendants' petition for waiver or reduction of the assessed civil penalty.
7      On June 18, 2001, the Hon Charles B. Renfrew (Ret.) was appointed as Trustee for the
8  ESOP ("Trustee Renfrew"). On August 1, 2002, Alan Biller was engaged as a co-Trustee by
9  Trustee Renfrew to handle the actual administration of the ESOP. Pursuant to an order of the
10  Court following the September 5, 2002, Alan Biller was thereafter appointed as co-Trustee by
11  the Toms Sierra Company, Inc. On March 24, 2005, the Court issued an order relieving Trustee
12  Renfrew of his appointment as co-Trustee of the ESOP and ordering that Mr. Biller would
13  remain as Trustee to oversee the final distributions and any remaining administrative duties
14  associated with the ESOP.
15      THEREFORE, IT IS ORDERED that pursuant to Fed. R. Civ. P. 67 and Local Rule 67-
16  150(g) the Court directs the Clerk to disburse the funds deposited by the Toms Family
17  Defendants in the registry, in account number 3753266460, as follows:
18      a.    By check made out to the "United States Department of Labor" in the amount of
19          one hundred thirty-three thousand three hundred thirty-three dollars and thirty-
20          three cents ($133,333.33) and sent by United States Postal Service, First-Class
21          delivery to:
22              United States Department of Labor,
                Civil Penalty Collection
23              P.O. Box 100240
                Atlanta, Georgia 30384-0240
24
25      b.    By ~~certified~~ check made out to the "Toms Sierra Company, Inc. Employee Stock
26          Ownership Trust", EIN: 94-1498203, all remaining amounts in the Registry (after
27
28

1  deducting any administrative fee from accumulated interested) and sent by United
2  States Postal Service, First-Class delivery to:
3      Alan D. Biller, Trustee
    Alan D. Biller & Associates, Inc.
4      333 Town & Country Village
    Palo Alto, CA 94301

7  SO ORDERED this 27th day of May, 2005.

/s/Lawrence K. Karlton
Hon. Lawrence K. Karlton
United States District Judge